# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REDANI HERNANDEZ,<br>Petitioner<br>v.<br>NEIL McDOWELL, Warden,<br>Respondent. | Case No. 2:16-cv-03039-JLS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: February 21, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE